## CASE ANNOUNCEMENTS

### May 6, 2014

[Cite as *05/06/2014 Case Announcements*, 2014-Ohio-1905.]

## MOTION AND PROCEDURAL RULINGS

**2012–1786. State ex rel. Richmond v. Indus. Comm.**
Franklin App. No. 11AP–771, 2012-Ohio-4412. This cause came on for further consideration upon the

filing of Walter Kauffman's motion to withdraw as counsel for appellant. It is ordered by the court that the motion is granted.